

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-13-00788-CR

**THE STATE OF TEXAS,**
Appellant

v.

Cynthia **AMBROSE,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The Appellant's reply brief is due August 18, 2014.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court